No. 3964.—BANCO POPULAR DE SAN JUAN, apdo., *v.* LUIÑA, aplte.—C. D. San Juan. Cobro de dinero. Mayo 6, 1927.

Confirmada la sentencia apelada por los fundamentos de los casos de *Cintrón & Aboy* v. *Solá* 22 D.P.R. 262, y de *Crédito y Ahorro Ponceño* contra *Beiró y otros,* 32 D.P.R. 817.